IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Nel Steffens, Deputy Clerk                               Date: May 17, 2007
Therese Lindblom, Court Reporter

Criminal Action No. 06-cr-00471-EWN

*Parties:*                                                            *Counsel:*

UNITED STATES OF AMERICA,                    Robert Brown

     Plaintiff,

v.

1. MARK JUSTIN DENNY,                              Matthew Golla

     Defendant.

## COURTROOM MINUTES

**Hearing Regarding Motion to Continue**

**10:40 a.m.**     Court in session.

Discussion regarding defendant's motion for assistance of counsel, #16, and motion for protective order, #17.

Court recommends that the United States Marshal make every effort to hold Mr. Denny in the Denver area pending trial to facilitate contact with his attorney and preparation for trial.

**ORDERED: 1.     Defendant's motion for assistance of counsel (#16, filed May 16, 2007) is STRICKEN.**

**ORDERED: 2.     Defendant's Motion for Protection Order and a Restraining Order (#17, filed May 16, 2007) is STRICKEN.**

*Courtroom Minutes*
*06-cr-00471-EWN*
*Judge Edward W. Nottingham*
*Page 2 of 2*

Discussion regarding Defendant's motion to continue.

Court's findings.

**ORDERED:   3.     Defendant's Unopposed Motion to Continue and Extend Deadline for Pretrial Motions (#14, filed May 10, 2007) is GRANTED.**

Speedy trial findings. Court finds, under subsection H of the Speedy Trial Act, that 60 days are excludable, and are separate from and in addition to time which is, has been, or may become excludable under any other subsection of the Speedy Trial Act.

Counsel are directed to contact chambers for new hearing and trial dates.

**10:59 a.m.**     Court in recess.

Hearing concluded.

Total time: 00:19