IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Criminal Case No. 06–cr–00471–EWN

UNITED STATES OF AMERICA,

     Plaintiff,

v.

1.  MARK JUSTIN DENNY,

     Defendant.

---

## SECOND ORDER AND NOTICE OF SETTINGS

---

EDWARD W. NOTTINGHAM, Judge
Jamie L. Hodges, Secretary

This matter is set for a three-day trial to a jury of twelve, plus alternates, commencing at

9:00 o'clock a.m. on Monday, **August 20, 2007**, in Courtroom A201 of the Alfred A. Arraj

United States Courthouse.  Therefore, it is

**ORDERED** that the deadline for filing all motions is July 20, 2007.  All responses shall be

filed by July 27, 2007.  A hearing on the motions, if necessary, is set for **August 3, 2007**, at 10:00

o'clock a.m.  It is further

**ORDERED** that a change of plea hearing is scheduled to commence at 9:00 o'clock a.m.

on Friday, **August 17, 2007**.  The deadline for submitting the plea agreement and statement of

1

facts relevant to sentencing and the statement by defendant in advance of plea of guilty is

Wednesday, <u>August 15, 2007</u>.

Dated: May 22, 2007