IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Edward W. Nottingham**

Nel Steffens, Deputy Clerk  
Therese Lindblom, Court Reporter

Date: July 6, 2007

Criminal Action No. 06-cr-00471-EWN

*Parties:*  *Counsel:*

UNITED STATES OF AMERICA,  Robert Brown

    Plaintiff,

v.

1. MARK JUSTIN DENNY,  Matthew Golla

    Defendant.

## COURTROOM MINUTES

**Motions Hearing**

**11:19 a.m.**    Court in session.

Discussion regarding defendant's motion for change of counsel. Defendant states he wishes to proceed *pro se.*

Court finds that defendant knowingly, voluntarily, and intentionally waives his right to have the court appoint a lawyer to represent him. He is exercising his right to represent himself in these proceedings and will be allowed to represent himself.

**ORDERED: 1.    Defendant's Motion to Have a Change of Counsel (#20, filed June 18, 2007) is GRANTED.**

**ORDERED: 2.    Mr. Golla's Motion to Withdraw and Motion to Reset Motions Hearing Date (#22, filed June 19, 2007) is GRANTED.**

*Courtroom Minutes*
*06-cr-00471-EWN*
*Judge Edward W. Nottingham*
*Page 2 of 2*

Discussion regarding defendant's motion for psychological evaluation.

**ORDERED: 3.   Defendant's Motion to Have a Psychiatric, Psychological Examination (#24, filed June 21, 2007) is GRANTED.**

Court asks Mr. Brown and Mr. Golla to prepare a written order as to competency and sanity to tender to the court with a copy to Defendant Denny.

**11:45 a.m.**   Court in recess.

Hearing concluded.

Total time: 00:26