IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Edward W. Nottingham**

Nel Steffens, Deputy Clerk  
Therese Lindblom, Court Reporter

Date: July 19, 2007

Criminal Action No. 06-cr-00471-EWN

*Parties:*  *Counsel:*

UNITED STATES OF AMERICA,  Robert Brown

    Plaintiff,

v.

1. MARK JUSTIN DENNY,  *Pro Se*

    Defendant.

---

## COURTROOM MINUTES

---

**Motion Hearing**

**9:37 a.m.**   Court in session.

Discussion regarding pending motions filed by Defendant Denny.

**ORDERED: 1.   Defendant's Motion for Criminal Complaint (#28, filed July 12, 2007) is DENIED.**

**ORDERED: 2.   Defendant's Motion for Pretrial Discovery (#27, filed July 12, 2007) is GRANTED in part and DENIED in part. It is granted with respect to paragraphs 7, 10, 16, 17, 18, and 19, and denied with respect to paragraphs 1, 2, 3, 4, 5, 6, 8, 9, 11, 12, 13, 14, 20, 21, 22, 23, 24, 25, and 26.**

*Courtroom Minutes*
*06-cr-00471-EWN*
*Judge Edward W. Nottingham*
*Page 2 of 2*

Defendant Denny asks questions of the court regarding standby counsel for interviewing witnesses. Court advises Defendant to file a motion, citing authority.

Defendant is remanded to the custody of the United States Marshal.

**9:49 a.m.**     Court in recess.

Hearing concluded.

Total time: 00:12