IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Edward W. Nottingham**

Nel Steffens, Deputy Clerk
Therese Lindblom, Court Reporter

Date: November 15, 2007

Criminal Action No. 06–cr–00471–EWN

| *Parties:* | *Counsel:* |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff, | Robert Brown |
| v. | |
| 1. MARK JUSTIN DENNY,<br>Defendant. | *Pro Se* |

---

## COURTROOM MINUTES

---

**Status Conference**

**3:15 p.m.** Court in session.

Discussion regarding motion for psychiatric examination, #45. Defendant Denny states that examinations have been done, but requests additional exams.

**ORDERED: 1. The Defendant's Motion for a Private Psychiatric or Psychologist Examination (#45, filed October 16, 2007) is DENIED.**

**ORDERED: 2. The Defendant's Motion for Mental Competence Hearing (#46, filed October 16, 2007) is GRANTED.**

Discussion regarding Defendant's request for counsel.


*Courtroom Minutes*
*06-cr-00471-EWN*
*Chief Judge Edward W. Nottingham*
*Page 2 of 2*

**ORDERED:  3.    The Defendant's Motion for Standby Counsel (#47, filed October 16, 2007) is GRANTED.**

Court directs clerk to contact CJA coordinator to secure standby counsel.

**ORDERED:  4.    The Defendant's Motion for Court Order for Legal Property (#48, filed October 16, 2007) is DENIED.**

Court will set another status conference once standby counsel has entered an appearance.

**3:25 p.m.**    Court in recess.

Hearing concluded.

Total time: 00:10