IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Edward W. Nottingham**

Nel Steffens, Deputy Clerk  Date: January 23, 2008
Therese Lindblom, Court Reporter

Criminal Action No. 06–cr–00471–EWN

<u>Parties:</u>                                                    <u>Counsel:</u>

UNITED STATES OF AMERICA,            Robert Brown

    Plaintiff,

v.

1. MARK JUSTIN DENNY,                     *Pro Se*

    Defendant.

---

# COURTROOM MINUTES

**Motions Hearing**

**2:21 p.m.**     Court in session.

Discussion regarding pending motions.

**ORDERED: 1.**  **Defendant's Motion to Dismiss the Indictment on the Ground of Assault on the Defendant (#55, filed November 15, 2007) is DENIED.**

**ORDERED: 2.**  **Defendant's Motion to Dismiss the Indictment on the Ground of a Defective Indictment (#56, filed November 15, 2007) is DENIED.**

**ORDERED: 3.**  **Defendant's Motion for a Written Objection to the Psychiatric or Psychological Examination and Report on the Ground of Fabricated and Falsified Information and Factual Inaccuracies (#60, filed December 18, 2007) is taken under advisement.**

Discussion regarding motion for psychiatric examination, #61.

**ORDERED: 4.  Defendant's Motion for a Private Psychiatric or Psychologist Examination (#61, filed December 28, 2007) is GRANTED.**

**ORDERED: 5.  Defendant's Motion for the Dismissal of the Indictment on the Ground of Retaliation (#63, filed January 15, 2008) is DENIED.**

Further discussion regarding the motion for objection, #60. After the private psychiatrist's report is submitted, it will be decided whether an evidentiary hearing is needed.

Defendant requests a private investigator to locate medical documents in Montana. Court asks Mr. Stanton to prepare the necessary CJA paperwork.

Defendant requests the computer access code at the detention center. Court directs Mr. Stanton and Mr. Brown to speak with the court's IT department about this issue.

Discussion regarding defendant's request for additional discovery.

Court directs Mr. Stanton to prepare a CJA form for the psychologist.

**2:34 p.m.**  Court in recess.

Hearing concluded.

Total time: 00:13