IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Edward W. Nottingham**

Nel Steffens, Deputy Clerk  
Therese Lindblom, Court Reporter

Date: March 13, 2008

Criminal Action No. 06–cr–00471–EWN

*Parties:*

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. MARK JUSTIN DENNY,

    Defendant.

*Counsel:*

Robert Brown

*Pro Se*  
Boston Stanton

---

## COURTROOM MINUTES

---

**Motions Hearing**

**4:43 p.m.**    Court in session.

Discussion regarding Defendant's motion for a psychiatric examination, #61, which the court has already granted, and motion for psychiatric examination, #74.

**ORDERED:  1.    Defendant's Motion for the Psychiatric or Psychological Evaluation to be Conducted in the Denver Area (#74, filed February 26, 2008) is GRANTED in part. Defendant shall not be sent to Florence or any other institution without prior permission of this court.; Bureau of Prisons shall ensure that Defendant remains at Englewood.**

Discussion regarding examination by Dr. Torres.

Speedy trial findings. The court finds, pursuant to 18 U.S.C. § 3161(h)(8)(A), the ends of justice served by the granting of a continuance outweigh the best interests of the public and the defendant in a speedy trial. The court further finds that an ongoing period that allows the court to consider whether the defendant has the mental and/or physical capacity to stand trial, is excludable and that is in addition to and separate from any period which is or has been found excludable under any other provision of the Speedy Trial Act.

**ORDERED: 2. Defendant's Motion for a Written Objection to the Psychiatric or Psychological Examination and Report on the Ground of Fabricated and Falsified Information and Factual Inaccuracies (#60, filed December 18, 2007) is DENIED as being procedurally improper.**

**ORDERED: 3. Defendant's Motion for Order of Legal Materials and Property (#73, filed February 26, 2008) is GRANTED. Federal Bureau of Prisons shall ensure that Defendant has his legal materials.**

**ORDERED: 4. Parties shall file status reports every thirty days commencing April 1, 2008.**

**4:55 p.m.** Court in recess.

Hearing concluded.

Total time: 00:12