IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Criminal Action No. 06-cr-00471-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MARK JUSTIN DENNY,

    Defendant.

---

## ORDER

---

This matter is before the Court on Defendant's Motion to Return Defendant to ADX Florence (Doc. # 81); Defendant's *Pro Se* Motion to Hold the Federal Bureau of Prisons [sic] Employees in Contempt of Court for With Holding [sic] the Defendants [sic] Legal Materials and Property (Doc. # 85); Defendant's *Pro Se* Motion to Dismiss the Indictment on the Grounds of Assault on the Defendant (Doc. # 86); and Defendant's *Pro Se* Motion to Dismiss the Indictment on the Grounds of Direct Contact with the Alleged Victem [sic] and Staff Members Involved (Doc. # 96). It is

ORDERED that pursuant to the Order Finding Incompetency to Proceed and Directing Transfer to Federal medical Center Pursuant to 18 U.S.C. § 4241, entered by Judge Edward W. Nottingham on September 5, 2008 (Doc. # 100), Defendant's Motion to Return Defendant to ADX Florence (Doc # 81) is DENIED AS MOOT. It is

FURTHER ORDERED that Defendant's *Pro Se* Motion to Hold the Federal Bureau of Prisons [sic] Employees in Contempt of Court for With Holding [sic] the Defendants [sic] Legal Materials and Property (Doc. # 85); Defendant's *Pro Se* Motion to Dismiss the Indictment on the Grounds of Assault on the Defendant (Doc. # 86); and Defendant's *Pro Se* Motion to Dismiss the Indictment on the Grounds of Direct Contact with the Alleged Victem [sic] and Staff Members Involved (Doc. # 96) are all DENIED without prejudice due to the defendant being represented by counsel. It is

FURTHER ORDERED that the Attorney General shall submit to the Court the reports as outlined in Paragraphs 3, 4, and 5 of the Court's Order Finding Incompetency (Doc. # 100), along with a status report by January 5, 2009.

DATED: November  4th , 2008.

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge