# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Christine M. Arguello

Criminal Action No. 06-cr-00471-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MARK JUSTIN DENNY,

    Defendant.

---

## ORDER GRANTING MOTION TO RECONSIDER

---

The matter is before the Court on Defendant's Motion for Reconsideration (Doc. # 110) of its November 4, 2008 Order (Doc. # 106) denying the following *pro se* motions without prejudice "due to the defendant being represented by counsel":

| | |
|---|---|
| Doc. # 85 | Motion to Hold the Federal Bureau of Prisons Employees In Contempt of Court for With Holding [sic] the Defendants Legal Materials and Property; |
| Doc. # 86 | Motion to Dismiss the Indictment on the Grounds of Assault On the Defendant; and |
| Doc. # 96 | Motion to Dismiss the Indictment on the Grounds of Direct Contact With the Alleged Victim and Staff Members Involved. |

Upon further review, the Court finds that this defendant had counsel only for the limited purpose of a competency hearing, and its previous order (Doc. # 106) was in error. It is hereby

ORDERED that Defendant's Motion for Reconsideration is GRANTED, and that portion of the Court's Order (Doc. # 106) denying Plaintiff's motions (Doc. ## 85, 86 and 96) is hereby vacated. The government shall, within 20 days of the date of this Order, file responses to the above-referenced motions.

DATED: January  21 , 2009

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge