**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Criminal Action No. 06-cr-00471-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MARK JUSTIN DENNY,

    Defendant.

---

**ORDER TO SET COMPETENCY HEARING**

---

Upon review of the file and based on the most recent psychological report regarding Defendant Mark Justin Denny, the Court hereby

ORDERS a competency hearing/status conference is set for **May 20, 2009 at 1:30 p.m.** in Courtroom A602 of the Arraj Courthouse. The Court has set aside two hours for this hearing. The Court further notes that there are several outstanding motions in this case, which motions will also be addressed at this hearing.

    DATED:  April __15__, 2009

                                        BY THE COURT:

                                        _____
                                        CHRISTINE M. ARGUELLO
                                        United States District Judge