# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

## JUDGE CHRISTINE M. ARGUELLO

## COURTROOM MINUTES

| | |
|---|---|
| Courtroom Deputy: Kathy Preuitt-Parks | Date: May 29, 2009 |
| Court Reporter: Darlene Martinez | Time: 48 minutes |
| Probation Officer: n/a | Interpreter: n/a |

**CASE NO. 06-CR-00471-CMA**

<u>Parties</u>                                                    <u>Counsel</u>

**UNITED STATES OF AMERICA,**            Robert Brown

      Plaintiff,

vs.

**MARK JUSTIN DENNY,**                          Pro Se
                                                                            Boston Stanton (Stand-by Counsel)

      Defendant.

## MOTIONS HEARING and STATUS CONFERENCE

**10:01 a.m.   COURT IN SESSION**

APPEARANCES OF COUNSEL.   Defendant is present and in custody.

**ORDERED:** Defendant's Motion for Clarification (Doc #144), filed 5/22/09 is **GRANTED in PART** as stated on the record.

Page Two
06-CR-00471-CMA
May 29, 2009

**ORDERED:**   Defendant's Motion for Order (Doc #143), filed 5/22/09 is **DENIED WITHOUT PREJUDICE** to filing the appropriate transcript order form.  Mr. Stanton is authorized to file a CJA 24 and sign as stand-by counsel.

**ORDERED:**   Defendant's Motion for Order (Doc #142), filed 5/7/09 is **DENIED as MOOT.**

**ORDERED:**   Defendant's Motion for Order (Doc #141), filed 5/7/09 is **DENIED as MOOT.**  Record should reflect that investigator Joseph Golding has provided the defendant with the witness statement.

**ORDERED:**   Defendant's Motion for Order (Doc #139), filed 5/5/09 is **DENIED WITHOUT PREJUDICE** to filing the appropriate transcript order form.  Mr. Stanton is authorized to file a CJA 24 and sign as stand-by counsel.

**ORDERED:**   Defendant's Motion for Order (Doc #138), filed 5/5/09.  Court reserves ruling pending receipt of documentation indicating whether the books are available and/or damaged.

**ORDERED:**   Defendant's Motion for Order (Doc #131), filed 3/18/09 is DENIED as MOOT based on Mr. Stanton's representation that adequate arrangements have been made.

Defendant's Motion for Psychiatric Exam (Doc #130), filed 3/2/09.

Argument by Mr. Denny.

**ORDERED:**   Defendant's Motion for Psychiatric Exam (Doc #130), filed 3/2/09 is **DENIED**.

Defendant's Motion to Appoint Expert (Doc #124), filed 2/13/09.

Argument by Mr. Denny.

**ORDERED:**   Defendant's Motion to Appoint Expert (Doc #124), filed 2/13/09 is **DENIED**.  Court notes defendant's objection and that he reserves his right to appeal.

Defendant's Motion to Dismiss Counts (Doc #111), filed 12/15/08.

Argument by Mr. Denny.

Page Three
06-CR-00471-CMA
May 29, 2009

**ORDERED:** Defendant's Motion to Dismiss Counts (Doc #111), filed 12/15/08 is **DENIED**.  Court notes defendant's objection and that he reserves his right to appeal.

Defendant's Motion to Dismiss Counts (Doc #96), filed 8/13/08.

Argument by Mr. Denny.

**ORDERED:** Defendant's Motion to Dismiss Counts (Doc #96), filed 8/13/08 is **DENIED.** Court notes defendant's objection and that he reserves his right to appeal.

Defendant's Motion to Dismiss Counts (Doc #86), filed 6/6/08.

Argument by Mr. Denny.

**ORDERED:**  Defendant's Motion to Dismiss Counts (Doc #86), filed 6/6/08 is **DENIED.**

Defendant's Motion to Hold Federal Bureau of Prisons Employees in Contempt (Doc #85), filed 6/6/08.

Argument by Mr. Denny.

**ORDERED:** Defendant's Motion to Hold Federal Bureau of Prisons Employees in Contempt (Doc #85), filed 6/6/08 is **DENIED.**  Court notes defendant's objection and that he reserves his right to appeal.

**ORDERED:** Compentency Hearing scheduled for **September 18, 2009 at 9:00 a.m.**

**ORDERED:** Mr. Brown is directed to check with the Bureau of Prisons with regard to what legal resources are available with respect to those cited by Mr. Denny as necessary for his defense.

**ORDERED:** Defendant is REMANDED to the custody of the U.S. Marshal.

**10:49 a.m.    COURT IN RECESS**

**Total in court time:        48 minutes**