## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## Judge Christine M. Arguello

Criminal Case No. 06-cr-00471-CMA

UNITED STATES OF AMERICA,

      Plaintiff,

v.

MARK JUSTIN DENNY,

      Defendant.

---

## MINUTE ORDER RESETTING COMPETENCY HEARING

ENTERED BY CHRISTINE M. ARGUELLO

      Pursuant to the Court's Order of September 17, 2009 (Doc. # 190), a competency hearing is set for **January 7, 2010, at 9:30 a.m.** in Courtroom A602 of the Arraj Courthouse; the Court has set aside three hours for this hearing.

      DATED: October 22, 2009.