### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLORADO
### Judge Christine M. Arguello

Criminal Case No. 06-cr-00471-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MARK JUSTIN DENNY,

    Defendant.

---

### ORDER FOR TRANSPORTATION OF DEFENDANT
### TO DENVER, COLORADO, FOR HEARING PREPARATION

---

This matter is before the Court regarding Defendant's Motion to Continue Competency Hearing (Doc. # 188).  For purposes of preparation for the competency hearing set for January 7, 2010 before the undersigned, it is ORDERED as follows:

    1)    THAT the U.S. Marshals Service is DIRECTED to arrange for Defendant Denny's transportation to the Arraj Courthouse in Denver, Colorado from Florence ADMAX Penitentiary in Florence, Colorado <u>on Wednesday, December 16, 2009</u>;

    2)    THAT upon arrival in Denver, Defendant will meet with his counsel and psychologist in the attorney/client lounge located in the U.S. Marshals area of the Arraj Courthouse, from 9:00 a.m. to 4:00 p.m., December 16, 2009, to make necessary preparations for the January 7, 2010 hearing;

3) THAT Defendant's counsel shall confirm <u>no later than December 14, 2009</u>, with the U.S. Marshals Service (303-335-3341 or -3378) that he and Defendant Denny will have use of the attorney/client area at that date and time; and

4) THAT, upon completion of his meeting with his counsel and psychologist on December 16, 2009, Defendant Denny will be returned to Florence ADMAX Penitentiary in Florence, Colorado, by the U.S. Marshals Service.

DATED: November  10 , 2009.

BY THE COURT:

*[signature: Christine M. Arguello]*

CHRISTINE M. ARGUELLO
United States District Judge